507 A.2d 386

**VEPCO CONSTRUCTION CO. and U.S.F. & G. Insurance Company, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (KACHINSKI).**

Supreme Court of Pennsylvania.

April 8, 1986.

Petition for Allowance of Appeal GRANTED, No. 59 E.D. Appeal Docket 1986.